UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECTOR FERREIRA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br><br>　　　　Defendant. | NO. ED CV 05-1129-CT<br><br>JUDGMENT |

　　IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

　　DATED: May 11, 2006

　　　　　　　　　　　　　　　　　　　/ S /
　　　　　　　　　　　　　　　　CAROLYN TURCHIN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE